IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WILLIAM R. WIDMAIR, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 1:23-cv-660 (RDA/LRV) |
| TESLA ENERGY OPERATIONS, INC., et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation of Dismissal. Dkt. 10. The parties report that they stipulate and agree that this matter should be dismissed with prejudice, with each party to bear its own fees and costs. Accordingly, Plaintiff's Complaint is DISMISSED with prejudice; and it is

FURTHER ORDERED that the final pretrial conference scheduled for October 19, 2023 is CANCELLED.

The Clerk is directed to close this civil action.

IT IS SO ORDERED.

Alexandria, Virginia
October 12, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge